UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$9,464.00 IN UNITED STATES CURRENCY SEIZED FROM BEAUTY PLUS GLOBAL AND HSIU CHEN AKA KELLY CHEN; *in rem*, et al.,<br><br>**Defendants.** | Case No. 3:16-cv-00462-MA<br><br>FINAL JUDGMENT OF FORFEITURE AND CERTIFICATE OF REASONABLE CAUSE |

Based upon this Court's Order of Default entered on May 15, 2017 (ECF No. 38), the Settlement Agreement (ECF No. 35) between the United States and Claimants Tung Liang Chen, Hsuan Yu Chen, Chin I. Chen and Beauty Plus Global, dba City Color Cosmetics, whereby Claimants agree to forfeit to the United States all of their right, title and interest in $250,000.00 in U.S. currency (a portion of the Defendants *in rem*, $413,213.50 in U.S. currency), and the records in this action,

IT IS ORDERED AND ADJUDGED that this Court has subject matter jurisdiction, and $250,000.00 in U.S. currency (a portion of the Defendants *in rem*, $413,213.50 in U.S. currency) is condemned and forfeited to the United States of America, free and clear of the claims of any

and all persons claiming any right, title or interest in or to these Defendants, including Tung Liang Chen, Hsuan Yu Chen, Chin I. Chen and Beauty Plus Global, dba City Color Cosmetics. The United States Marshals Service is directed to immediately transfer the custody and possession of the $250,000.00 in U.S. currency to the Attorney General for disposition in accordance with applicable statutes and regulations and provisions of this judgment.

IT IS FURTHER ORDERED that pursuant to the Settlement Agreement, the United States shall return $163,213.50 in U.S. currency, including interest as calculated by the Department of Treasury, to Claimants Tung Liang Chen, Hsuan Yu Chen, Chin I. Chen and Beauty Plus Global, dba City Color Cosmetics.

Pursuant to 28 U.S.C. § 2465(a)(2), this Court CERTIFIES that there was reasonable cause for the arrest of Defendants $9,464.00 in U.S. currency seized from Beauty Plus Global and Hsiu Chen aka Kelly Chen; $47,171.00 in U.S. currency seized from Bank of America Account No. XXXXXXXX5191 in the name of Beauty Plus Global; $151,099.99 in U.S. currency seized from Bank of America Account No. XXXXXXXX7667 in the name of Beauty Plus Global dba City Color Cosmetics; and $205,478.51 in U.S. currency seized from Bank of the West Account No. XXXXXXXX8858 in the name of Beauty Plus Global, and no federal, state, county, or city official or agency involved in such arrest shall be liable to suit or judgment on account of such arrest of the Defendant currency.

///

The parties shall each bear their own costs and attorney fees incurred in prosecuting and defending this action.

DATED this 31 day of May 2017.

*Malcolm F. Marsh*
MALCOLM F. MARSH
United States District Judge

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Steven T. Mygrant*
STEVEN T. MYGRANT, OSB #031293
Assistant United States Attorney